UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIAN EDDINGS, | § § § § | |
| Plaintiff, | | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03868 |
| UNION PACIFIC RAILROAD COMPANY, | § § § § § | |
| Defendant. | | |

## ORDER GRANTING MOTION TO INTERVENE

Before the Court is Intervenor John Isom's Motion in Intervention in the above-captioned and numbered lawsuit (Dkt. No. 17).

Upon reviewing the motion, any timely filed response, and the papers filed in this case, the Court is of the opinion that the motion should be GRANTED. Therefore, it is hereby:

ORDERED that Intervenor John Isom's Motion in Intervention is GRANTED.

It is so ORDERED.

SIGNED on June 23, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge